Lori J. Costanzo, Esq. (CA SBN 142633)
Lori@costanzo-law.com
Andrea Justo, Esq. (SBN 310122)
Andrea.Justo@costanzo-law.com
COSTANZO LAW FIRM, APC
111 West St. John Street, #700
San Jose, California 95113
Telephone: 408/993.8493
Facsimile: 408/993-8496

Attorneys for Plaintiff
LINA STAILEY

Jason A. Geller (CA SBN 168149)
jgeller@fisherphllips.com
Juan C. Araneda (CA SBN 213041)
jaraneda@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, CA 94111
Telephone: 415/490-9000
Facsimile: 415/490-9001

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINA STAILEY,<br>　　　　　Plaintiff,<br>　　vs.<br>WAL-MART STORES, INC. and DOES 1-25, inclusive ,<br>　　　　　Defendants. | Case No.: 17-cv-03532-RS<br><br>[*Removed from Santa Clara County Superior Court, Civil Case No.17CV310493*]<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Richard Seeborg<br><br>Complaint Filed: May 18, 2017<br>Removal Date: June 19, 2017<br>Trial Date: February 11, 2019 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LINA STAILEY and Defendant WAL-MART STORES, INC., by and through their respective attorneys of record, that the above-captioned action be and hereby is DISMISSED WITH PREJUDICE in its entirety and with respect to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties further stipulate that each party shall bear their own costs and attorneys' fees. The Clerk shall close this file.

**IT IS SO STIPULATED:**

DATED: November 28, 2017     FISHER & PHILLIPS LLP

By: _/s/Juan C. Araneda_
Jason A. Geller
Juan C. Araneda
Attorneys for Defendant
WAL-MART STORES, INC.

DATED: November 28, 2017     COSTANZO LAW FIRM, APC

By: _/s/Andrea Justo_
Lori J. Costanzo, Esq.
Andrea Justo, Esq.
Attorneys for Plaintiff
LINA STAILEY

**ORDER**

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that this case in its entirety is hereby dismissed with prejudice.

DATED: 11/29/17     By: _[signature]_
Hon. Richard Seeborg
United States District Court Judge